# No. 21-13379

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

JANE DOE,

*Plaintiff-Appellant*,

v.

GWINNETT COUNTY SCHOOL DISTRICT,

*Defendant-Appellee.*

## JOINT MOTION TO DISMISS APPEAL

Mary Anne Ackourey
Robert P. Marcovitch
Kenneth G. Menendez
**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000

*Attorneys for Defendant-Appellee*

Alexandra Z. Brodsky
Adele P. Kimmel
Karla A. Gilbride
Ellen Noble
**PUBLIC JUSTICE, P.C.**
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600

Douglas E. Fierberg
(admitted *pro hac vice*)
Chloe M. Neely
**THE FIERBERG NATIONAL LAW GROUP, PLLC**
161 East Front Street, Suite 200
Traverse City, Michigan
(231) 933-0190

*Attorneys for Plaintiff-Appellant*

# CERTIFICATE OF INTERESTED PERSONS

In compliance with Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1, 26.1-2, and 26.1-3, counsel for Appellant and Appellee disclose the following list of trial judge(s), attorneys, persons, associations of persons, firms, partnerships, and corporations that have an interest in the outcome of this appeal:

1. Ackourey, Mary Anne (Attorney for Defendant-Appellee)

2. American Alternative Insurance Corporation (insurer for Defendant-Appellee)

3. Bala, Anita K. (Attorney for Plaintiff-Appellant)

4. Beck, Monica (Attorney for Plaintiff-Appellant)

5. Brodsky, Alexandra Z. (Attorney for Plaintiff-Appellant)

6. Buckley Beal, LLP (Attorneys for Plaintiff-Appellant)

7. Buechner, Jr, William H. (Attorney for Defendant-Appellee)

8. Doe, Jane (Plaintiff-Appellant)

9. Fierberg, Douglas E. (Attorney for Plaintiff-Appellant)

10. The Fierberg National Law Group, PLLC (Attorneys for Plaintiff-Appellant)

11. Freeman Mathis & Gary, LLP (Attorneys for Defendant-Appellee)

12. Gilbride, Karla (Attorney for Plaintiff-Appellant)

13. Gwinnett County School District (Defendant-Appellee)

14. The Honorable Steve C. Jones (United States District Judge for the Northern District of Georgia)

15. Kimmel, Adele P. (Attorney for Plaintiff-Appellant)

16. Kramer, Michael E. (Attorney for Plaintiff-Appellant)

17. Marcovitch, Robert P. (Attorney for Defendant-Appellee)

18. Mathis, Benton J. (Attorney for Defendant-Appellee)

19. Menendez, Kenneth G. (Attorney for Defendant-Appellee)

20. Munich Re America Corporation (parent company of American Alternative Insurance Corporation)

21. Munich-American Holding Corporation (parent company of Munich Re America Corporation)

22. Munich Reinsurance Company (parent company of Munich-American Holding Corporation)

23. Neely, Chloe M. (Attorney for Plaintiff-Appellant)

24. Noble, Ellen (Attorney for Plaintiff-Appellant)

25. Public Justice, P.C. (Attorneys for Plaintiff-Appellant)

Munich Reinsurance Company is a publicly traded company on the German stock exchange, ticker symbol DAX.

Plaintiff-Appellant Jane Doe and Defendant-Appellee Gwinnett County School District, pursuant to Federal Rule of Appellate Procedure 42(b) and Eleventh Circuit Rule 42-1(a), jointly move this Court to enter an order dismissing this appeal.

As grounds for this motion, the parties represent that they have resolved this matter.

The parties have agreed that each party should bear its own costs.

WHEREFORE, the parties jointly, respectfully request that this Court enter an order dismissing this appeal and providing that each party shall bear its own costs.

This 17th day of February, 2022.

    Respectfully submitted,

    s/ *Alexandra Z. Brodsky*

    Alexandra Z. Brodsky
    Adele P. Kimmel
    Karla A. Gilbride
    Ellen Noble
    **PUBLIC JUSTICE, P.C.**
    1620 L Street NW, Suite 630
    Washington, DC 20036
    (202) 797-8600
    abrodsky@publicjustice.net
    akimmel@publicjustice.net
    kgilbride@publicjustice.net
    enoble@publicjustice.net

Douglas E. Fierberg
(admitted *pro hac vice*)
Chloe M. Neely
**THE FIERBERG NATIONAL LAW GROUP, PLLC**
161 East Front Street, Suite 200
Traverse City, MI 49684
(231) 933-0190
dfierberg@tfnlg.com
cneely@tfnlg.com

*Counsel for Plaintiff-Appellant*


/s/ *Robert P. Marcovitch*

Mary Anne Ackourey
Robert P. Marcovitch
Kenneth G. Menendez
**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000
mackourey@fmglaw.com
rpmarcovitch@fmglaw.com
kmenendez@fmglaw.com

*Attorneys for Defendant-Appellee*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **JOINT MOTION TO DISMISS APPEAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

Alexandra Z. Brodsky
Adele P. Kimmel
Karla A. Gilbride
Ellen Noble
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington DC 20036

Mary Anne Ackourey
Robert P. Marcovitch
Kenneth G. Menendez
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway Suite 1600
Atlanta, Georgia 30339-5948

Douglas E. Fierberg
Chloe M. Neely
THE FIERBERG NATIONAL LAW GROUP, PLLC
161 East Front Street, Suite 200
Traverse City, MI 49684

This 17th day of February, 2022.

/s/ Alexandra Z. Brodsky